UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION


FILED
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
APR 16 2010
CLERK, U.S. BANKRUPTCY COURT
BY DEPUTY

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 05-10525-BP1 |
| AYRES, V STEPHEN JR. | § | |
| AYRES, JOANN | § | |
| | § | CHAPTER 7 |
| DEBTORS | § | |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

TO HONORABLE JUDGE OF SAID COURT:

COMES NOW, STEPHEN J. ZAYLER, the duly appointed Trustee in the above captioned proceeding, and would respectfully show the Court as follows:

1. The final distribution under *11 U.S.C. Section 726*, was made in this proceeding. The names of the person to whom unnegotiated distribution checks were issued, the amount of such checks and their last known addresses are:

SE Emergency                                   $ 110.25
P. O. Box 4562
Houston, TX   77210

Total                                          $ 110.25

Check was issued to above address and returned back to our office. After thorough investigation and search of all records available to Trustee, SE Emergency could not be located.

2. Trustee's check for $110.25 payable to the Clerk of the Court, is attached to this report and list.

3. Nothing further remains to be done in this proceeding, except to file Trustee's Distribution Report.

DATED this the 15th day of April, 2010.

_____
Stephen J. Zayler, Trustee

Receipt # 100213

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was forwarded to the following by depositing the same in the United States Mail on this the 15th day of April, 2010:

United States Trustee
300 Plaza Tower
110 N. College
Tyler, TX  75702

Robert E. Barron
Attorney at Law
P. O. Box 1347
Nederland, TX  77627

SE Emergency
PO Box 4562
Houston, TX  77210

V. Stephen Ayres, Jr.
JoAnn Ayres
6520 Frint Drive
Beaumont, TX  77705-7110

Stephen J. Zayler